1040

[No. 68579-1-I. Division One. January 13, 2014.]

*In the Matter of the Detention of* CLAY PARSONS.

THE STATE OF WASHINGTON, *Respondent*, v. CLAY PARSONS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-02338-9, Thomas J. Wynne, J., entered March 12, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 68753-1-I. Division One. January 13, 2014.]

4105 1ST AVENUE SOUTH INVESTMENTS, LLC, *Respondent*, v. GREEN DEPOT WA PACIFIC COAST, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01450-7, Suzanne M. Barnett, J., entered April 5, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ. Now published at 179 Wn. App. 777.

[No. 68806-5-I. Division One. January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M.M., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-8-01109-7, Janice E. Ellis, J., entered April 27, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Becker, J.

[No. 68831-6-I. Division One. January 13, 2014.]

EMERALD CITY SPA, INC., ET AL., *Appellants*, v. JUNG UNG KIM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-07698-7, LeRoy McCullough, J., entered May 2, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.